## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MONTGOMERY BLAIR SIBLEY,

     Plaintiff,

        v.

THE HONORABLE MITCH
MCCONNELL, *et al.*,

     Defendants.

Civil Action No. 15-730 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1. Plaintiff's Motion for Leave to Amend the Complaint is DENIED; and

2. Plaintiff's Motion for Rule 11 Sanctions is DENIED; and

3. Defendants' Motions to Dismiss are GRANTED IN PART and DENIED IN PART; and

4. Plaintiff's Second Motion for Remand is GRANTED; and

5. The case is REMANDED to D.C. Superior Court.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: October 13, 2015

1